**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-1872
_____

In re:  EXIDE TECHNOLOGIES,

Debtors,

ENERSYS DELAWARE, INC., formerly known as EnerSys Inc.,

Appellant.

On Appeal from the United States District Court
for the District of Delaware
(D. C. No. 1-06-cv-00302)
District Judge:  Hon. Sue L. Robinson

Argued on May 12, 2009

Before:  AMBRO, ROTH and ALARCÓN*, <u>Circuit Judges</u>

Robert Lapowsky, Esquire **(Argued)**
Neil C. Schur, Esquire
Stevens & Lee, P. C.
1818 Market Street, 29th Floor
Philadelphia, PA   19104

_____

*Honorable Arthur L. Alarcón, Senior United States Circuit Judge for the Ninth Circuit, sitting by designation.

Joseph Grey, Esquire
Stevens & Lee, P. C.
1105 North Market Street, 7th Floor
Wilmington, DE   19801

Counsel for Appellant Enersys Delaware, Inc.


Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE   19899-8705

Matthew N. Kleiman, Esquire **(Argued)**
Matthew N. Kleiman, P. C.
2506 North Clark Street, Suite 307
Chicago, IL   60614

Roger P. Furey, Esquire
John P. Sieger, Esquire
Andrew L. Wool, Esquire
Katten, Muchin, Rosenman, LLP
2900 K Street NW, Suite 200
Washington, DC   20007-5118

Counsel for Appellee Exide Technologies

**ROTH,** Circuit Judge**:**

## ORDER AMENDING OPINION

**IT IS ORDERED** that the published Opinion in the above case, filed on June 1, 2010, be amended as follows:

**On page 11**, delete the following parenthetical:

"Non-occurrence of a condition is not a breach by a party unless he is under a

2

condition that the condition occur."

and **replace it with**:

"Non-occurrence of a condition is not a breach by a party unless he is under a duty that the condition occur."

This amendment does not change the date of filing, June 1, 2010.

By the Court,

_____/s/ Jane R. Roth_____
Circuit Judge

Dated:  June 24, 2010
PDB/cc: All Counsel fo Record